**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| FILE STORAGE PARTNERS, LLC, *et al.*,[1] | Case No. 23-10877 (CTG) |
| Debtors. | (Joint Administration Requested) |
| | **Related Docket No.: 10** |

**NOTICE OF FILING OF EXHIBIT A TO THE DECLARATION OF TIMOTHY FUREY, CHIEF RESTRUCTURING OFFICER OF THE DEBTORS, IN SUPPORT OF THE DEBTORS' CHAPTER 11 PETITIONS AND FIRST DAY MOTIONS**

PLEASE TAKE NOTICE that on July 1, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Declaration of Timothy Furey, Chief Restructuring Officer of the Debtors, in Support of the Debtors' Chapter 11 Petitions and First Day Motions* [D.I. 10] (the "Declaration") with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that the exhibit referenced in the Declaration is attached hereto as **Exhibit A.**

Dated: July 1, 2023
       Wilmington, Delaware

**BAYARD, P.A.**

*/s/ Evan T. Miller*
Evan T. Miller (No. 5364)
Steven D. Adler (No. 6257)
600 N. King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
E-mail: emiller@bayardlaw.com
             sadler@bayardlaw.com

*Proposed Counsel to the Debtors and Debtors in Possession*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: File Storage Partners, LLC (6920); Afton Blockchain LLC (3951); Filtech SPV LLC (5496); Midwest Blockchain LLC (8842). The Debtors' service address is 1357 Ashford Ave., Pmb 373, San Juan, PR 00907.