**Exhibit A**



Red: Debtor Entities

