# EXHIBIT A

**Budget**

**Debtors' 13-Week Cash Projection**
**WE 7/7/23 to 9/29/23**

| Week Ending ========>> | First Day Hrg PROJ 7/7/23 | PROJ 7/14/23 | PROJ 7/21/23 | *Second Interim DIP Order* PROJ 7/28/23 | *Entry of Final DIP Order* PROJ 8/4/23 | PROJ 8/11/23 | *Sale Closing* PROJ 8/18/23 | POST 363 ANTICIPATED PROJ 8/25/23 | PROJ 9/1/23 | PROJ 9/8/23 | PROJ 9/15/23 | PROJ 9/22/23 | PROJ 9/29/23 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **USD EQUIVALENTS OF FIL RECEIPTS** | | | | | | | | | | | | | | |
| FIL Rewards | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | - | - | - | - | - | - | 140,000 |
| FIL Lender Payments | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | - | - | - | - | - | - | 105,000 |
| **USD EQUIVALENT OF TOTAL NET FIL RECEIPTS** | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | - | - | - | - | - | - | 35,000 |
| **DEBTOR DISBURSEMENTS -** | | | | | | | | - | - | - | - | - | | |
| *Opex* | | | | | | | | - | - | - | - | - | | - |
| LightEdge Datacenter | 50,000 | - | - | - | 50,000 | - | - | - | - | - | - | - | - | 100,000 |
| Personnel Costs | 99,231 | - | - | 87,650 | - | - | 87,650 | - | - | - | - | - | - | 274,531 |
| Tax Obligation (UK) | | - | - | 10,633 | | | | - | - | - | - | - | - | 10,633 |
| Baseline Escrowed Pmt | 33,000 | - | - | - | | | | - | - | - | - | - | - | 33,000 |
| Micellaneous Computer Expense (AWS) | 3,500 | - | - | - | 3,500 | - | 3,500 | - | - | - | - | - | - | 10,500 |
| Office Lease Costs | 2,000 | - | - | - | - | 2,000 | - | - | - | - | - | - | - | 4,000 |
| Travel | - | 2,500 | - | 7,000 | 2,500 | - | 2,500 | - | - | - | - | - | - | 14,500 |
| Miscellaneous | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | - | - | - | - | - | - | 7,000 |
| | | | | | | | | - | - | - | - | - | | - |
| *Restructuring* | | | | | | | | - | - | - | - | - | | - |
| Debtor Counsel - Bayard | - | - | - | - | - | - | 55,000 | - | - | - | - | - | - | 55,000 |
| Subchapter V Trustee | 10,000 | - | - | 15,000 | | | | - | - | - | - | - | - | 25,000 |
| Wind Down | - | - | - | - | - | - | 30,000 | - | - | - | - | - | - | 30,000 |
| *Other Outflows* | | | | | | | | - | - | - | - | - | | - |
| Capital expenditures | - | - | - | - | 200,000 | - | - | - | - | - | - | - | - | 200,000 |
| FIL Purchases | - | - | - | - | - | 200,000 | - | - | - | - | - | - | - | 200,000 |
| | | | | | | | | - | - | - | - | - | | |
| **TOTAL CASH DISBURSEMENTS** | 198,731 | 3,500 | 1,000 | 121,283 | 257,000 | 203,000 | 179,650 | - | - | - | - | - | - | 964,164 |
| **OPERATING CASH** | (198,731) | (3,500) | (1,000) | (121,283) | (257,000) | (203,000) | (179,650) | - | - | - | - | - | - | (964,164) |
| **RESTRUCTURING RECEIPTS** | | | | | | | | | | | | | | |
| DIP Loan Draw | 210,000 | - | - | 200,000 | 200,000 | 200,000 | 200,000 | | - | - | - | | | 1,010,000 |
| **DEBTOR CASH** | 11,269 | 7,769 | 6,769 | 85,486 | 28,486 | 25,486 | 45,836 | 45,836 | 45,836 | 45,836 | 45,836 | 45,836 | 45,836 | 45,836 |
| **LENDER DISBURSEMENTS/EXPENSES** | | | | | | | | | | | | | | |
| Lender Fees | | | | | | | | | | | | | | |
| Commitment Fee | - | - | - | - | - | 30,300 | - | - | - | - | - | - | - | 30,300 |
| Lender Counsel | - | - | - | - | 50,000 | - | 50,000 | - | - | - | - | - | - | 100,000 |
| DIP Interest | - | - | - | - | 2,317 | - | 6,903 | - | - | - | - | - | - | 9,220 |
| Collateral Monitoring | 20,000 | - | - | - | 20,000 | - | - | - | - | - | - | - | - | 40,000 |
| Miscellaneous/Filing Costs | 1,000 | - | - | - | 4,000 | 1,000 | 1,000 | - | - | - | - | - | - | 7,000 |
| **TOTAL LENDER DISBURSEMENTS** | 21,000 | - | - | - | 76,317 | 31,300 | 57,903 | - | - | - | - | - | - | 186,520 |
| **DIP LOAN BALANCE** | 231,000 | 231,000 | 231,000 | 431,000 | 707,317 | 938,617 | 1,196,520 | - | - | - | - | - | - | 1,196,520 |