## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 (Subchapter V) |
| FILE STORAGE PARTNERS, LLC, *et al.*,[1] | Case No. 23-10877 (CTG) |
| Debtors. | (Jointly Administered) |

## VERIFIED STATEMENT OF MORRIS JAMES LLP
## PURSUANT TO FED. R. BANKR. P. 2019(a)

Morris James LLP hereby submits this verified statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure in connection with its representation of certain ad hoc group of noteholders (the "Ad Hoc Noteholder Group") in these chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors-in-possession (the "Debtors").

1. As of the date hereof, Morris James represents the following noteholders of File Storage Ops I, LLC in these Chapter 11 Cases:

| Claimant Name and Address | Amount of Claim |
|---|---|
| Alpha Sigma Capital Fund, LP | $100,000 |
| DBS Ventures LLC (nee Current Connect Ventures LLC) | $100,000 |
| Electric SB Limited | $200,000 |
| Patrick Martin | $200,000 |
| Secure Digital Payments | $50,000 |
| Michael Terpin | 7 BTC ($250,000 approx.) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: File Storage Partners, LLC (6920); Afton Blockchain LLC (3951); Filtech SPV LLC (9602); and Midwest Blockchain Inc. (8842). The Debtors' service address is 1357 Ashford Ave., Pmb 373, San Juan, PR 00907.

16229920/1

2. Morris James has fully advised the Ad Hoc Noteholder Group with respect to these concurrent representations. The Noteholders each have (a) consented to such representation and (b) requested that Morris James represent them in these Chapter 11 Cases.

3. The filing of the *Verified Statement of Morris James LLP Pursuant to Fed. R. Bankr. P. 2019(a)* is not intended to waive any rights, actions, defenses, reclamations, setoffs, or recoupments to which the Ad Hoc Noteholder Group are or may be entitled under any agreements, in law or in equity, all of which rights, claims, actions, defenses, reclamations, setoffs, and recoupments the Noteholders expressly reserve.

Dated: July 28, 2023

By: /s/ Eric J. Monzo
Eric J. Monzo (DE Bar No. 5214)
Tara C. Pakrouh (DE Bar No. 6192)
**MORRIS JAMES LLP**
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com
E-mail: tpakrouh@morrisjames.com

*Counsel for the Ad Hoc Noteholder Group*

Sworn to and subscribed before me this 28th day of July, 2023.

Ellen M. Carey
Notary Public
My Commission Expires: 11/14/2023