# **EXHIBIT B**

May 2021 FSO1 Investment Presentation

# File Storage Ops 1 LLC

Filecoin Storage Facility

May 2021

# Disclaimer

This presentation contains private and confidential information that may be legally privileged and/or deemed to be material non-public information. The recipient may not reproduce, copy or forward (whether electronically or otherwise) any of the information or materials contained herein to any other person, except to the receiver's professional advisors. If you are not the intended recipient, you must not review, retransmit, copy, use or disseminate this presentation. If you have received this information in error, please immediately notify us and delete this file.

This presentation is provided for informational purposes and should not be construed as a solicitation or offer to buy or sell any securities or related financial instruments. All data within this presentation are subject to updates. Any forward-looking forecast of yields and/or forward-looking projections are provided for illustrative purposes only. Actual results may vary substantially.

# Unique Characteristics

- Filecoin ("FIL") mined for less than $9 each, current market price $148 (May 9th, 2021)
- Borrowing and repaying in FIL, improves investor return while reducing risk



# Filecoin Storage Facility Investment Opportunity

## File Storage Ops 1, LLC

- Capacity to develop approx. 138,000 Tebibyte ("TiB") of FIL storage over the next four years
- Borrow approx. $30m of FIL, interest and repayment in FIL
- Raising $7m in File Storage Ops 1 to fund the purchase of storage for the operation
- Estimated cash flow positive after 18-months
- Repayment of initial capital contribution expected within 24-months*
- First repayment from free cash flow and 20% of future free cash flows after repayment

## The Investment

- Investment: $7,000,000
- FCF Share %: 20% of File Storage Ops 1

## The Estimated Economics

| | | Terminal Value Multiple | | |
|---|---|---|---|---|
| | | 5x | 10x | 15x |
| FIL USD | $67** | 91% | 107% | 119% |
| | $100 | 110% | 127% | 139% |
| | $150 | 132% | 149% | 162% |

\* Requires FIL price above USD 40
\*\* USD 67 is the average FIL price over last six months

# Introduction

## Project Economics



Source: https://docs.filecoin.io/about-filecoin/what-is-filecoin/

## What is Filecoin?*

- Peer-to-peer storage network
- Built-in economic incentives
- Users pay to store their files
- Storage miners are responsible for storing
- Available storage, and the price of that storage, is not controlled by any single company
- FIL facilitates open markets for storing and retrieving files that anyone can participate in

*For more information on Filecoin see: https://docs.filecoin.io/

# Filecoin

- FIL was launched in 2017
- Ranks # 19 in terms of market cap
- FIL stores data in a decentralized manner
- Allows users to be custodians of own data
- FIL incentivizes participants to act honestly and store as much data as possible via issuance of block rewards
- FIL price May 9th, 2021: USD 148



FIL price (Weekly - 21 April 2019 – 9 May 2021)

Source: CoinGecko.com

6

# File Storage Ops 1, LLC

- Developing a FIL storage mining facility in Nebraska
- FIL community seeking more North American based facilities
  - Most existing miners based in China
- Weekly expansion of storage by 665 TiB requires FIL 7,980
- Borrowing $30 million of FIL
  - Both interest and repayment in FIL
- Raising $7m to purchase storage
- Operator charges a 20% fee
- Investor will receive:
  - Initial capital contribution repaid first from free cash flow
  - 20% of future free cash flow thereafter



7

# Economics of Filecoin Storage Facility

- Five providers controlling nearly 77% of the cloud storage market

- FIL allows for an open storage economy where independent actors can compete and innovate
    - Data storage using FIL network about 90% cheaper than comparable storage on AWS

- Actors are incentivized to cooperate and compete to maximize the utility of the network

- The FIL protocol pushes participants towards behavior that is beneficial for the network

- Storage miners become eligible for rewards which are paid in proportion to the amount of storage they provide to the network
    - Storage miners can also earn additional rewards through storage deals directly with clients through Filecoin Plus

*Source: https://docs.filecoin.io/blog/posts/filecoin-network-economics/

# Estimated Economics

- Estimated cash flow generated by File Storage Ops 1 based on the rewards linked to the amount of storage provided to the FIL network
  - Does not take into consideration potential rewards connected to storage deals through Filecoin Plus

| Estimated @ USD 67* | | | | | | |
|---|---|---|---|---|---|---|
| Million | Initial | Yr 1 | Yr 2 | Yr 3 | Yr 4 | TV |
| **Investor CF** | $ (7.0) | - | $ 8.2 | $ 8.1 | $ 13.1 | $ 130.6 |
| IRR: | 107% | | | | | |
| Return: | 23x | | | | | |

| Estimated @ USD 150** | | | | | | |
|---|---|---|---|---|---|---|
| Million | Initial | Yr 1 | Yr 2 | Yr 3 | Yr 4 | TV |
| **Investor CF** | $ (7.0) | - | $ 12.0 | $ 18.6 | $ 29.7 | $ 297.3 |
| IRR: | 149% | | | | | |
| Return: | 51x | | | | | |

### IRR Matrix

| | | Terminal Value Multiple | | |
|---|---|---|---|---|
| | | 5x | 10x | 15x |
| FIL USD | $67 | 91% | 107% | 119% |
| | $100 | 110% | 127% | 139% |
| | $150 | 132% | 149% | 162% |

\* Six-month average FIL price USD 67 assuming terminal value ("TV") multiple of 10x
\*\* Current FIL price USD 150 assuming terminal value ("TV") multiple of 10x