**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| FILE STORAGE PARTNERS, LLC, *et al.*,[1] | Case No. 23-10877 (CTG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON AUGUST 17, 2023 AT 10:00 A.M. (EASTERN)**

**This hearing will be conducted in-person.[2] All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom. Participation at the in-person court proceeding using Zoom is allowed only in the following circumstances: (i) a party who files a responsive pleading intends to make only a limited argument; (ii) a party who has not submitted a pleading but is interested in observing the hearing; or (iii) other extenuating circumstances as determined by Judge Goldblatt. All participants over Zoom must register in advance. Please register by Wednesday, August 16, 2023 at 4:00 p.m. (ET) via the following registration link:**

**https://debuscourts.zoomgov.com/meeting/register/vJItc-CgrjMrGqzAI3As4mo5xXyb2tmdzbQ**

**COURTCALL WILL NOT BE USED FOR THIS HEARING**

**After registering your appearance by Zoom, you will receive a confirmation email providing the log-in information for the scheduled hearing.**

**YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR**
**YOU WILL NOT BE ALLOWED INTO THE HEARING.**

**I.     MATTERS GOING FORWARD:**

1.     Motion of Debtors for Entry of an Order (A) Approving the Sale of Substantially all Assets Free and Clear of all Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief [Filing Date: 6/30/23; D.I. 8]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are:  File Storage Partners, LLC (6920); Afton Blockchain LLC (3951); Filtech SPV LLC (9602); Midwest Blockchain LLC (8842).  The Debtors' service address is 1357 Ashford Ave., Pmb 373, San Juan, PR 00907.

[2] This hearing will take place in courtroom #2 on the 6th floor.

Related Documents:

a. Declaration of Timothy Furey, Chief Restructuring Officer of the Debtors, in Support of the Debtors' Chapter 11 Petitions and First Day Motions [Filing Date: 7/1/23; D.I. 10]

b. Supplemental Declaration of Timothy Furey, Chief Restructuring Officer of the Debtors, in Support of the Debtors' Chapter 11 Petitions and First Day Motions [Filing Date: 7/6/23; D.I. 18]

c. Notice of Hearing Regarding Motion of Debtors for Entry of an Order (A) Approving the Sale of Substantially all Assets Free and Clear of all Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief [Filing Date: 7/11/2023; D.I. 33]

d. Certification of Service [Filing Date: 7/11/2023; D.I. 34]

e. Notice of Rescheduled Hearing on Motion of Debtors for Entry of an Order (A) Approving the Sale of Substantially all Assets Free and Clear of all Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief [Filing Date: 7/24/23; D.I. 44]

f. Debtors' Reply to Objection of Ad Hoc Noteholder Group to Entry of the Final DIP Order [Filing Date: 7/27/23; D.I. 62]

g. Supplemental Declaration of Timothy Furey, Chief Restructuring Officer of the Debtors, in Support of the Debtors' DIP Motion and Reply to Objection of Ad Hoc Noteholder Group to Entry of the Final DIP Order [Filing Date: 7/27/23; D.I. 63]

h. Notice of Rescheduled Hearing on Motion of Debtors for Entry of an Order (A) Approving the Sale of Substantially all Assets Free and Clear of all Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief ("Sale Motion") [Filing Date: 8/3/23;D.I. 87]

i. Certification of Service [Filing Date: 8/4/2023; D.I. 93]

j. Amended Notice of (I) Rescheduled Hearing on Motion of Debtors for Entry of An Order (A) Approving the Sale of Substantially All Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief (Sale Motion) and (II) Procedures Related to Qualified Bids and Auction [Filing Date: 8/11/23; D.I. 94]

k.    Certification of Service [Filing Date: 8/11/2023; D.I. 95]

l.    Declaration of Timothy Furey, Chief Restructuring Officer of the Debtors, in Support of the Debtors' Sale Motion [Filing Date: 8/14/23; D.I. 97]

m.    KB Silver Funding, LLC's Witness List for Hearing on Debtors' Proposed Sale of Substantially All Their Assets [Filing Date: 8/15/23; D.I. 99]

n.    Debtors' Witness and Exhibit List for the Hearing [Filing Date: 8/15/23; D.I. 100]

Response Deadline:    July 25, 2023 at 4:00 p.m. (ET); *extended* to July 28, 2023 at 4:00 p.m. (ET) for D. Ledger Partners LLC and BitTx Hold, LLC; and *extended* to August 9, 2023 at 4:00 pm. (ET) for Patrick Hable.

Responses Received:

a.    Limited Objection and Reservation of Rights of Ad Hoc Noteholder Group to (I) Motion of Debtors for Entry of an Order (a) Approving the Sale of Substantially All Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (b) Authorizing the Assumption and Assignment of Contracts and Leases, and (c) Granting Related Relief; and (II) Motion of the Debtors for Entry of Interim and Final Orders, Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(c), 363(e), 364 and 507 and Fed. R. Bankr. P. 2002, 4001 and 9014: (I) Authorizing Debtors to Obtain Postpetition Financing Pursuant to § 364 of the Bankruptcy Code; (II) Authorizing Use of Cash Collateral Pursuant to § 363 of the Bankruptcy Code; (III) Granting Liens and Super-Priority Claims; (IV) Granting Adequate Protection to the Prepetition Secured Party; and (V) Scheduling a Final Hearing Pursuant to Fed. R. Bankr. P. 4001(b) and (c) [Filing Date: 7/25/23; D.I. 49]

b.    Limited Objection and Reservation of Rights of LightEdge Solutions, LLC to Motion of Debtors for Entry Of an Order (A) Approving the Sale of Substantially All Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief [Filing Date: 7/25/23; D.I. 50]

c.    Amended Limited Objection and Reservation of Rights of Ad Hoc Noteholder Group to (I) Motion of Debtors for Entry of an Order (A) Approving the Sale of Substantially All Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief; and

(II) Motion of the Debtors for Entry of Interim and Final Orders, Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(c), 363(e), 364 and 507 and Fed. R. Bankr. P. 2002, 4001 and 9014: (I) Authorizing Debtors to Obtain Postpetition Financing Pursuant to § 364 of the Bankruptcy Code; (II) Authorizing Use of Cash Collateral Pursuant to § 363 of the Bankruptcy Code; (III) Granting Liens and Super-Priority Claims; (IV) Granting Adequate Protection to the Prepetition Secured Party; and (V) Scheduling a Final Hearing Pursuant to Fed. R. Bankr. P. 4001(b) and (C) [Filing Date: 7/28/23; D.I. D.I. 65]

d.      Objection of BitTx Hold, LLC to Motion of Debtors for Entry of an Order (A) Approving the Sale of Substantially All Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief [Filing Date: 7/28/23; D.I. 70]

e.      Joinder of Noteholder Thomas Hessler Amended Limited Objection and Reservation of Rights of Ad Hoc Noteholder Group to (I) Motion of Debtors for Entry of an Order (A) Approving the Sale of Substantially all Assets Free and Clear of all Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief; and (II) Motion of the Debtors for Entry of Interim and Final Orders, Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(C), 363(E), 364 and 507 and Fed. R. Bankr. P. 2002, 4001 and 9014: (I) Authorizing Debtors to Obtain Postpetition Financing Pursuant to § 364 of the Bankruptcy Code; (II) Authorizing Use of Cash Collateral Pursuant to § 363 of the Bankruptcy Code; (III) Granting Liens and Super-Priority Claims; (IV) Granting Adequate Protection to the Prepetition Secured Party; and (V) Scheduling a Final Hearing Pursuant to Fed. R. Bankr. P. 4001(B) and (C) [Filing Date: 7/31/23; D.I. 72]

Replies:

a.      Debtors' Omnibus Reply in Support of Motion of Debtors for Entry of an Order (A) Approving the Sale of Substantially all Assets Free and Clear of all Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief [Filing Date: 8/14/23; D.I. 96]

Status: This matter is going forward.


II.     **STATUS CONFERENCE:**

2.      Amended Subchapter V Status Report (Filing Date: 8/3/23; D.I. 90]

Related Documents:   None.

<u>Status</u>: The Status Conference is going forward.

Dated: August 15, 2023            **BAYARD, P.A.**
       Wilmington, Delaware

*/s/ Evan T. Miller*
Evan T. Miller (No. 5364)
Steven D. Adler (No. 6257)
600 N. King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
E-mail:  emiller@bayardlaw.com
           sadler@bayardlaw.com

*Counsel to the Debtors and Debtors in Possession*